IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PAZDZIERSKI,<br><br>　Plaintiff,<br><br>　-against-<br><br>DASEKE & CO., INC., ONX1, LLC AND BIG FREIGHTS SYSTEMS, INC.,<br><br>　Defendant(s).<br><br>---<br><br>ONX1 LLC,<br><br>　Third-Party Plaintiff,<br><br>　-against-<br><br>CUSTOM ASSEMBLY, INC.,<br><br>　Third-Party Defendant. | Civil Action No. 5:21-cv-00966<br><br><br>NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT PER FRCP 41(a)(1)(A)(i) |

　　Defendant/ Third-Party Plaintiff, ONX1, LLC ("Onx1"), represented by BRAFF, HARRIS, SUKONECK & MALOOF, hereby gives Notice of the Voluntary Dismissal of the Third-Party Complaint against Third-Party Defendant CUSTOM ASSEMBLY, INC.

Dated:　　New York, New York
　　　　　　April 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　Yours, etc.

　　　　　　　　　　　　　　　　　　　　　　　_[signature]_

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BRIAN C. HARRIS
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant/Third-Party Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　ONX1, LLC
　　　　　　　　　　　　　　　　　　　　　　　BRAFF, HARRIS & SUKONECK
　　　　　　　　　　　　　　　　　　　　　　　570 W. Mt. Pleasant Ave.
　　　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Livingston, New Jersey 07039
　　　　　　　　　　　　　　　　　　　　　　　(212) 599-2085

Our File No. 797.23094

**TO**: Robert A. Quattrocci, Esq.
Stanley Law Offices, LLP
Attorneys for Plaintiff
ROBERT PAZDZIERSKI
215 Burnet Ave.
Syracuse, NY 13203

Vincent G. Saccomando, Esq.
Barclay Damon, LLP
Attorneys for Defendant
BIG FREIGHT SYSTEMS INC.
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, NY 14202

Joel B. Schechter
Bennett, Schechter, Arcuri & Will LLP
Attorneys for Third-Party Defendant
CUSTOM ASSEMBLY, INC.
701 Seneca Street, Suite 609
Buffalo, NY 14210