**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

**ROBERT PAZDZIERSKI,**

  **Plaintiff,**                                       Civil Action No. 5:21-cv-00966

    **-against-**

**DASEKE & CO., INC., ONX1, LLC AND**                  **NOTICE OF VOLUNTARY**
**BIG FREIGHTS SYSTEMS, INC.,**                        **DISMISSAL OF THIRD-PARTY**
                                                       **COMPLAINT PER FRCP**
  **Defendant(s).**                                    **41(a)(1)(A)(i)**

**ONX1 LLC,**

 **Third-Party Plaintiff,**

    **-against-**

**CUSTOM ASSEMBLY, INC.,**

 **Third-Party Defendant.**

Defendant/ Third-Party Plaintiff, ONX1, LLC ("Onx1"), represented by BRAFF, HARRIS, SUKONECK & MALOOF, hereby gives Notice of the Voluntary Dismissal of the Third-Party Complaint against Third-Party Defendant CUSTOM ASSEMBLY, INC.

Dated:      New York, New York
            April 1, 2022

                              Yours, etc.

                              _____
                              BRIAN C. HARRIS
                              Attorneys for Defendant/Third-Party Plaintiff
                              ONX1, LLC
                              BRAFF, HARRIS & SUKONECK
                              570 W. Mt. Pleasant Ave.
                              Suite 200
                              Livingston, New Jersey 07039
                              (212) 599-2085

Our File No. 797.23094

**TO**:   Robert A. Quattrocci, Esq.
Stanley Law Offices, LLP
Attorneys for Plaintiff
ROBERT PAZDZIERSKI
215 Burnet Ave.
Syracuse, NY 13203

Vincent G. Saccomando, Esq.
Barclay Damon, LLP
Attorneys for Defendant
BIG FREIGHT SYSTEMS INC.
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, NY 14202

Joel B. Schechter
Bennett, Schechter, Arcuri & Will LLP
Attorneys for Third-Party Defendant
CUSTOM ASSEMBLY,  INC.
701 Seneca Street, Suite 609
Buffalo, NY 14210

IT IS SO ORDERED:

Lawrence E. Kahn
Senior U.S. District Judge

Dated:  April 4, 2022