UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
Robert Pazdzierski,

              Plaintiff,

vs.

Daseke & Co., Inc., ONX1, LLC &
Big Frieght systems, Inc.,

              Defendants.
----------------------------------------------------------------

INDEX NO.: 5:21-CV-00966-LEK-ATB

STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and without costs to either party. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 6, 2023
       Syracuse, New York

_____
Robert A. Quattrocci, Esq.
STANLEY LAW OFFICES
Attorneys for Plaintiffs
215 Burnet Avenue
Syracuse, New York 13203

_____
Joel Schechter, Esq.
Attorney for Defendant
ONX1, LLC
Bennett Schechter Arcuri & Will, LLP
701 Seneca Street, Suite 609
Buffalo, NY 14210

_____
Vincent Saccomando, Esq.
Attorney for Defendant
Big Freight Systems, INC.,
Barclay Damon LLP
200 Delaware Ave, Suite 1200
Buffalo, NY 14202