UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
Robert Pazdzierski,

                              Plaintiff,

                                                    **INDEX NO.: 5:21-CV-00966-LEK-ATB**

vs.
                                                    **STIPULATION OF**
Daseke & Co., Inc., ONX1, LLC &                     **DISCONTINUANCE**
Big Frieght systems, Inc.,

                              Defendants.
-------------------------------------------------------------------

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of

record for the parties in the above entitled action, that whereas no party hereto is an infant or incompetent

person for whom a committee has been appointed and no person not a party has an interest in the subject

matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and

without costs to either party. This stipulation may be filed without further notice with the Clerk of the

Court.

Dated: January 6, 2023
       Syracuse, New York

Robert A. Quattrocci, Esq.                          Joel Schechter, Esq.
STANLEY LAW OFFICES                                 Attorney for Defendant
Attorneys for Plaintiffs                            ONX1, LLC
215 Burnet Avenue                                   Bennett Schechter Arcuri & Will, LLP
Syracuse, New York 13203                            701 Seneca Street, Suite 609
                                                    Buffalo, NY 14210

Vincent Saccomando, Esq.                            **IT IS SO ORDERED:**
Attorney for Defendant
Big Freight Systems, INC.,
Barclay Damon LLP
200 Delaware Ave, Suite 1200
Buffalo, NY 14202

                                                    Lawrence E. Kahn
                                                    Senior U.S. District Judge


                                                    Dated: January 30, 2023